**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6169

GALEN LAMONT MILLER,

Plaintiff - Appellant,

v.

OFFICER T.J. ROBERTS, Wilmington Police Department,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03171-BO)

Submitted:  November 19, 2024                    Decided:  November 25, 2024

Before WYNN, HARRIS, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Galen Lamont Miller, Appellant Pro Se.  Frederick Hughes Bailey, III, SUMRELL SUGG, PA, New Bern, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Galen Lamont Miller appeals the district court's order and judgment granting summary judgment to the Defendant and dismissing Miller's civil rights complaint. We have reviewed the district court's order de novo, *Graves v. Lioi*, 930 F.3d 307, 316 (4th Cir. 2019) (stating standard of review), and find no reversible error. There is no genuine dispute as to any material fact. Accordingly, we affirm the district court's order and judgment. *Miller v. Roberts*, No. 5:22-ct-03171-BO (E.D.N.C. Feb. 6, 2024; Feb. 7, 2024). We also deny Miller's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*